UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 11-cr-00476-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     TERRANCE SIR DESMOND GRAY,
       a/k/a Terrance Sirdamse Gray,
       a/k/a Terrance Gray,
       a/k/a Buddha Gray,
       a/k/a Terrence Buddha,

        Defendant.

## PRELIMINARY ORDER OF FORFEITURE

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read the motion and being fully advised in the premises finds as follows:

1. That, on February 23, 2012, the United States and defendant Terrance Sir Desmond Gray entered into a Plea Agreement, which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure. [Doc. 18]

2. That the requisite nexus exists between the Jennings Arms, Model J-22, .22 caliber semiautomatic pistol and ammunition and the charge of knowingly possessing a firearm and ammunition that had traveled in interstate commerce by a person previously convicted of a felony to which the defendant pleaded guilty.

3. That, prior to the disposition of the assets, the United States, or its designated subcustodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, it is ORDERED as follows:

1. That the defendant's interest in the following:

   a. Jennings Arms, Model J-22, .22 caliber semiautomatic pistol, and

   b. Ammunition is forfeited to the United States in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. §2461(c). Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

2. That the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

3. That the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

4. That, upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 924(d), 28 U.S.C. §2461(c), and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed. The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third parties in ancillary proceedings. Fed. R. Crim. P. 32.2(e)(1).

5. That this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

DATED this 15th day of January, 2015.

**BY THE COURT:**

_Marcia S. Krieger_

Marcia S. Krieger
Chief United States District Judge